IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **HARRY HUDDLESTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | Case No. 3:10-CV-00995-JPG-DGW |
| **CITY OF ALTON, ILLINOIS, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

This matter comes before the Court on the Stipulation of Dismissal (Doc. 35) pursuant to Federal Rule of Civil Procedure 41(a)(1) filed by Plaintiff Harry Huddleston. Rule 41(a)(1) allows a plaintiff to dismiss an action without a court order at any time when stipulated to by all parties who have appeared. The Plaintiff's dismissal of Defendants Alton Memorial Hospital, Matthew Wright, and Alan Williamson with prejudice renders moot Defendants' Motion to Dismiss Counts I and II against Matthew M. Wright and Alan Williamson. (Doc. 19.)

Because the plaintiff has an absolute right to dismiss parties in this case at the present time, the Court finds that these parties are **DISMISSED with prejudice.**

IT IS SO ORDERED.

DATED: September 8, 2011

s/ J. Phil Gilbert
J. Phil Gilbert
District Judge