IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HARRY HUDDLESTON,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ALTON, ILLINOIS; ALTON MEMORIAL HOPSITAL; STEPHEN JANUARY; ANDREW PIERSON; MATTHEW W. WRIGHT; *and* ALAN WILLIAMSON,<br><br>    Defendants. | Case No. 3:10-cv-00995-JPG-DGW |

ORDER

This matter comes before the Court on the Defendants' Motion to Exclude Expert Opinions and Testimony (Doc. 39) and Memorandum in Support (Doc. 40). The Plaintiff has filed a Response in Opposition (Doc. 41) to which the Defendants filed a Reply (Doc. 42). Having considered the parties' memorandums, the Court finds that to properly resolve this motion an evidentiary hearing will be necessary. See FED. R. EVID. 702, 703 and 403; *Daubert v. Merrell Dow Pharmaceuticals, Inc*., 509 U.S. 579 (1993). The Court therefore **ORDERS** the parties to appear for a *Daubert* Hearing on May 17, 2012 at 1:30 PM in Benton, Illinois.

**IT IS SO ORDERED.**
**DATED:** April 13, 2012

                                                s./ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**