IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

* * * * * *

| | | |
|---|---|---|
| HARRY HUDDLESTON | ) | CASE NO: 10CV995 |
| Plaintiff(s), | ) | **MINUTES OF COURT** |
| | ) | |
| vs. | ) | DATE: 5/31/2012 |
| | ) | |
| CITY OF ALTON, IL., | ) | PLACE: Benton, IL |
| | ) | |
| Defendant(s). | ) | |

PRESENT: **HONORABLE J. PHIL GILBERT, DISTRICT JUDGE**

DEPUTY CLERK: K. Jane Reynolds        COURT REPORTER: Chris Simpson

COUNSEL FOR PLAINTIFF(S): John W. Bruzek and Stephen M. Ryals

COUNSEL FOR DEFENDANT(S): Charles A. Pierce

MINUTE ORDER IN CHAMBERS ( ):

PROCEEDING: Final pre-trial and Daubert Hearing

TIME: 20 minutes

All parties as noted are present in open court.

The Court notes this matter is set on the 6/11/2012 trial docket and all parties announce they are ready for trial.

Parties believe this matter will take 3-4 days to try.

The court takes up the Defendant's Motion to Exclude Testimony (doc. # 39) which is denied in part and reserved in part.

The Plaintiff's Motion in Limine (doc. # 44) is DENIED, Defendant's Motion in Limine (doc. # 48) is DENIED and Defendant's Motion to Bifurcate (doc. # 50) is DENIED.

Counsel is to let Ms. Reynolds know if they wish to have witnesses by video conferencing and who they are and what dates they will be needed.

NANCY ROSENSTENGEL, CLERK

By: s/ K. Jane Reynolds
Deputy Clerk