## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

### MINUTES OF JURY TRIAL

DATE: 9/25/2012  DAY: 1  CASE NO. 10-995-GPM

PRESIDING: HON. G. PATRICK MURPHY

| | |
|---|---|
| HARRY HUDDLESTON, | REPORTER: Molly Clayton |
| Plaintiff, | COURTROOM DEPUTY: Linda McGovern |
| | CONVENED: 8:00 AM |
| vs. | ADJOURNED: 3:15 PM |
| CITY OF ALTON IL, STEPHEN JANUARY, and ANDREW PIERSON, | CRIMINAL: |
| | CIVIL: X |
| Defendants. | RECESS: 12:00 Noon - 1:00 PM |

**Counsel for Plaintiff(s):** John Bruzek, Stephen Ryals

**Counsel for Defendant(s):** Chuck Pierce

Cause called for jury trial; voir dire: 19; parties and counsel present; number of jurors called: 19; number of jurors challenged: 11.

**PRELIMINARY MOTIONS:**
**PLAINTIFF:** Motion to unseal (Doc. 62) - MOOT; Motion in Limine (Doc. 68)-DENIED

**DEFENDANT:** Motion to Exclude (Doc. 39)-GRANTED in part/DENIED in part; Second Motion to Exclude (Doc. 67)-GRANTED in part/DENIED in part; Third Motion in Limine (Doc. 63)-GRANTED; Second Motion in Limine (Doc. 58)-GRANTED in part/DENIED in part

Opening statement by Stephen Ryals on behalf of Plaintiff
Opening statement by Chuck Pierce on behalf of Defendants

**PLAINTIFF(s) WITNESSES:**
(1) Harry Huddleston  time 11:15 AM - 1:47 PM
(2) Quincy Elliott  time 1:48 PM - 2:17 PM
(3) Teresa Depper  time 2:35 PM - 2:37 PM
(4) Matthew Wright  time 2:38 PM - 3:05 PM