IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **HARRY HUDDLESTON,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) CIVIL NO. 10-995 -GPM ) |
| **STEPHEN JANUARY and ANDREW PIERSON,** | ) ) ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

This action was tried by a jury with District Judge G. Patrick Murphy presiding, and the jury has rendered a verdict.

**IT IS ORDERED** that Plaintiff **HARRY HUDDLESTON** shall recover nothing, the action be **DISMISSED on the merits**, and Defendants **STEPHEN JANUARY and ANDREW PIERSON** shall recover costs from Plaintiff **HARRY HUDDLESTON**.

**DATED**:  September 27, 2012

NANCY J. ROSENSTENGEL, CLERK

By:  s/ Linda M. McGovern
            Deputy Clerk

APPROVED: S/G. Patrick Murphy
                G. Patrick Murphy
                United States District Judge